*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 22-BG-809**

IN RE YORAM KEINAN,

                                     **DDN: 2022-D046**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 477195**

BEFORE: Beckwith, Easterly, and Deahl, Associate Judges.

### O R D E R
(FILED— January 5, 2023)

On consideration of the certified order from the state of New York suspending respondent by consent for one year and until further order of the court; this court's October 28, 2022, order suspending respondent pending final disposition of this proceeding and directing him to show cause why reciprocal discipline should not be imposed; respondent's D.C. Bar R. XI, § 14(g) affidavit filed on November 9, 2022; and the statement of Disciplinary Counsel; and it appearing that respondent has not filed a response, it is

ORDERED that Yoram Keinan is hereby suspended from the practice of law in the District of Columbia for one year, nunc pro tunc to November 9, 2022. Respondent's reinstatement is conditioned upon his reinstatement in New York and a showing of fitness. *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that there is a rebuttable presumption in favor of imposition of identical discipline and exceptions to this presumption should be rare); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (explaining that a rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).

**PER CURIAM**